IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OMNI-TECH, INC., a Nebraska Corporation, | ) ) ) | Case No. 8:06cv226 |
| Plaintiff, | ) ) | |
| vs. | ) ) | TEMPORARY RESTRAINING ORDER |
| QWEST CORPORATION, a Colorado Corporation, | ) ) ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on Plaintiff's application for a temporary restraining order. After reviewing said pleadings on file herein and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant be precluded from terminating or interrupting its Qhost services currently being provided to the Plaintiff or from interfering in any manner with the Plaintiff's DSL internet business.

IT IS FURTHER ORDERED that the terms of this Temporary Restraining Order shall expire at the end of ten (10) days from the entry of this Order unless so extended for good cause shown or the Defendant consents to an extension for a longer period.

IT IS FURTHER ORDERED that a preliminary injunction hearing is scheduled for March 3, 2006, at 3:30 p.m., Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

IT IS FURTHER ORDERED that pursuant to Fed. R. Civ. P. 65(c), plaintiff shall post bond in the amount of $1,000.00.

IT IS FURTHER ORDERED that counsel for the plaintiff shall cause this order to be served upon the defendant within 24 hours of entry of this order.

DATED THIS 22nd day of February, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
U.S. District Court Judge