IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OMNI-TECH, INC., a Nebraska Corporation, | ) ) ) | Case No. 8:06cv226 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| QWEST CORPORATION, a Colorado Corporation, | ) ) ) ) | |
| Defendant. | ) | |

THIS MATTER came on for determination upon the parties' Stipulation for an Order stipulating and agreeing that the Temporary Restraining Order entered the 22nd day of February, 2006, between Omni-Tech, Inc. and Qwest Corporation, shall remain in effect until April 3, 2006, at 1:00 p.m., at which time further hearing will be had. Being fully advised in the premises, the Court finds that the Stipulation should be granted.

IT IS, THEREFORE, ORDERED that the Stipulation in this matter be granted, and the court orders that the Temporary Restraining Order entered the 22nd day of February, 2006, will remain in effect until April 3, 2006.

Dated this 6th day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
UNITED STATES DISTRICT JUDGE

Prepared and Submitted by:

Jill Gettman #20763
Gettman & Mills LLP
10250 Regency Circle
Suite 200
Omaha, NE  68114
(402) 320-5000