IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OMNI-TECH, INC., a Nebraska Corporation, | ) ) ) | Case No. 8:06cv226 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| QWEST CORPORATION, a Colorado Corporation, | ) ) ) ) | |
| Defendant. | ) | |

THIS MATTER came on for determination upon the parties' Stipulation for an Order stipulating and agreeing that:

1. The Temporary Restraining Order entered on the 22nd day of February, 2006, between Omni-Tech, Inc. and Qwest Corporation, shall remain in effect until May 1, 2006 at 1:00 p.m., at which time further hearing will be had.

2. Qwest Corporation shall be granted an additional 60-day extension to May 30, 2006, to allow Qwest Corporation time to answer or otherwise respond to Omni-Tech's Complaint.

Being fully advised in the premises, the Court finds that the Stipulation should be granted.

IT IS, THEREFORE, ORDERED that the Stipulation in this matter be granted, and the parties agree that the Temporary Restraining Order entered on the 22nd day of February, 2006, will remain in effect until May 1, 2006;

IT IS FURTHER ORDERED that the Stipulation in this matter is granted, and Qwest Corporation is granted a 60-day extension until May 30, 2006, to allow Qwest Corporation time to answer or otherwise respond to Omni-Tech's Complaint.

Dated this 31st day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
U.S. District Court Judge

Prepared and Submitted by:

Jill Gettman #20763
Gettman & Mills LLP
10250 Regency Circle
Suite 200
Omaha, NE  68114
(402) 320-5000