IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OMNI-TECH, INC., a Nebraska Corporation, | ) ) ) | Case No. 8:06cv226 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| QWEST CORPORATION, a Colorado Corporation, | ) ) ) | |
| Defendant. | ) ) | |

THIS MATTER came on for determination upon the parties' Stipulation for an Order stipulating and agreeing that:

1. The Temporary Restraining Order entered the 22nd day of February, 2006, between Omni-Tech, Inc. and Qwest Corporation, shall remain in effect until, June 15, 2006 at 2:30 p.m., at which time further hearing will be had.

2. Qwest Corporation shall be granted an additional 60-day extension from today's date, which is July 1, 2006, to allow Qwest Corporation time to answer or otherwise respond to Omni-Tech's Complaint.

Being fully advised in the premises, the Court finds that the Stipulation should be granted.

IT IS, THEREFORE, ORDERED that the Stipulation in this matter be granted, and the parties agree that the Temporary Restraining Order entered the 22nd day of February, 2006 remain in effect until June 15, 2006;

IT IS, THEREFORE, FURTHER ORDERED that the Stipulation in this matter be granted, and the parties agree that Qwest Corporation shall be granted a 60-day extension from today's date, which is July 1, 2006, to allow Qwest Corporation time to answer or otherwise respond to Omni-Tech's Complaint.

Dated this 3rd day of May, 2006.

BY THE COURT:

s/Joseph F. Bataillon
UNITED STATES DISTRICT JUDGE

Prepared and Submitted by:

Jill Gettman #20763
Gettman & Mills LLP
10250 Regency Circle
Suite 200
Omaha, NE  68114
(402) 320-5000