IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OMNI-TECH, INC., a Nebraska Corporation, | ) ) ) | Case No. 8:06cv226 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| QWEST CORPORATION, a Colorado Corporation, | ) ) ) ) | |
| Defendant. | ) | |

THIS MATTER came on for determination upon the parties' Stipulation for an Order providing that the Temporary Restraining Order entered the 22nd day of February, 2006 shall remain in effect until July 14, 2006 at 3:30 p.m., at which time further hearing will be had.

Being fully advised in the premises, the Court finds that the Stipulation should be granted.

IT IS THEREFORE ORDERED that the Stipulation in this matter be granted, and that the Temporary Restraining Order entered the 22nd day of February, 2006 remain in effect until July 14, 2006.

Dated the ___ day of June, 2006.

BY THE COURT:

_____
Joseph F. Bataillon
UNITED STATES DISTRICT JUDGE

Prepared and Submitted By:

David C. Mitchell, #18133, of
YOST, SCHAFERSMAN, YOST, LAMME,
  HILLIS & MITCHELL, P.C.
81 West 5th Street
Fremont, Nebraska 68025
(402) 721-6160